**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

HECTOR J.A.S.,

                        Petitioner,

                        Civil No. 26-2242 (JRT/DLM)

v.

RYAN SHEA, *Sheriff, Freeborn County, MN*;

DAVID EASTERWOOD, *Acting Director, St.*
*Paul Field Office Immigration and Customs*      **ORDER**
*Enforcement*;

MARKWAYNE MULLIN, *Secretary, U.S.*
*Department of Homeland Security*;

TODD BLANCHE, *Attorney General*,

                        Respondents.

---

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that:

1.     Petitioner's Motion for Order to Show Cause (Docket No. [2]) is **GRANTED**

     **IN PART** as follows:

     a. If Petitioner is being detained in Minnesota, Respondents are **ENJOINED**

       from removing, transferring, or otherwise facilitating the removal of

Petitioner from the District of Minnesota until the Court issues an order on the pending Petition for Writ of Habeas Corpus (Docket No. [1]).

    i. Respondents may request permission from the Court to move Petitioner if unforeseen or emergency circumstances arise which require Petitioner to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner.

    ii. If Petitioner has already been removed from Minnesota, Respondents are **ORDERED** to immediately return Petitioner to Minnesota.

b. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner by **no later than 5:00 p.m. on April 16, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

c. Respondents' answer must include:

    i. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

ii. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims, including whether Petitioner's detention violates the Due Process Clause of the Fifth Amendment;

iii. Respondents' recommendation on whether an evidentiary hearing should be conducted;

d. If Petitioner intends to file a reply to Respondents' answer, they must do so by **no later than 5:00 p.m. on April 17, 2026**.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

2. Petitioner's Motion for Temporary Restraining Order is **DENIED**.


DATED: April 14, 2026                           _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                           JOHN R. TUNHEIM
                                             United States District Judge